**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Ernesto Ramirez**    JOINT DEBTOR:    CASE NO.:
Last Four Digits of SS#    Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A.  $ **222.23**  for months  **1**  to  **60**  ;
B.  $           for months         to        ;
C.  $           for months         to        ; in order to pay the following creditors:

Administrative: Attorney's Fee -  $ **14,426.00**  TOTAL PAID $ **14,426.00**
Balance Due  $ **-NONE-**  payable $           /month  (Months      to    )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**    Arrearage on Petition Date  $
Address:     Arrears Payment  $         /month  (Months _ to _)
Account No:  Regular Payment  $         /month  (Months _ to _)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507] :  None
Unsecured Creditors:  Pay $ **200.00**/month (Months **1** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
 -NONE-
**Assumed Contracts and/or Leases**
 -NONE-

**Special Intentions:**
BB&T: Debtor is surrendering the Property to Creditor.
BB&T: Debtor is surrendering the Property to Creditor.
BB&T: Debtor is surrendering the Property to Creditor.
Broward County Tax Appraiser: Debtor is surrendering the Property to Creditor.
Flamingo/South Beach I Condo Assoc.: Debtor is surrendering the Property to Creditor.
Flamingo/South Beach I Condo Assoc.: Debtor is surrendering the Property to Creditor.
Miami Dade Tax Collector: Debtor is surrendering the Property to Creditor.
Miami Dade Tax Collector: Debtor is surrendering the Property to Creditor.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/S/ Ernesto Ramirez
**Ernesto Ramirez**
Debtor

Date:  **May 24, 2012**